IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREENBERG TRAURIG, LLP,**<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br><br>            **Plaintiff,**<br><br>     - against -<br><br>**THE INTERNATIONAL ORDER OF ST. HUBERTUS – USA CHAPTER, INC.,**<br>2100 M St., N.W., Suite 170-288,<br>Washington, DC 20037<br><br>     - and -<br><br>**THE INTERNATIONAL ORDER OF ST. HUBERTUS, UNITED STATES OF AMERICA, INC.,**<br>510 W. Plumb Street Suite A<br>Reno, NV 89509<br><br><br>            **Defendants.** | Civil Action No. _____<br><br><br>**GREENBERG TRAURIG, LLP'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, on behalf of plaintiff Greenberg Traurig, LLP, states that Greenberg Traurig, LLP is a limited liability partnership having two general partners, Greenberg Traurig of New York, PC and Greenberg Traurig, PA. No other entity has an ownership interest in Greenberg Traurig, LLP.

- 2 -

Dated: October 27, 2014

                                        Respectfully submitted,

                                        s/ Gwendolyn Prothro Renigar

                                        Gwendolyn Prothro Renigar, DC Bar #454849
                                        grenigar@steptoe.com
                                        Steptoe & Johnson LLP
                                        1330 Connecticut Ave, NW
                                        Washington, DC 20036
                                        Tel. 202-429-3000
                                        Fax 202-429-3902

                                        *Counsel for Greenberg Traurig, LLP*