IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Greenberg Traurig, LLP | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-1797 (RMC) |
| | ) | |
| The International Order of St. Hebertus—USA Chapter, Inc. | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| The International Order of St. Hubertus, United States of America, Inc. | ) ) ) | |
| | ) | |
| Defendants | ) | |

**RULE 7.1 DISCLOSURE STATEMENT BY**
**THE INTERNATIONAL ORDER OF ST. HUBERTUS—USA CHAPTER, INC.**

Pursuant to Fed. R. Civ. P. 7.1, The International Order of St. Hubertus—USA Chapter, Inc. states that it has no parent corporation and no publicly held corporation owning 10% or more of its stock.

Dated:  December 23, 2014          By: /JRC/_____
                                                           Jeffrey R. Cohen, Bar # 421166
                                                           Michael Culver (*pro hac vice*)
                                                           Millen, White, Zelano & Branigan, P.C.
                                                           2200 Clarendon Blvd., Suite 1400
                                                           Tel: 703-243-6333 Fax:  703-243-6410
                                                           Email:  cohen@mwzb.com, culver@mwzb.com
                                                           Attorneys for Defendant IOSH—DE

<u>Certificate of Service</u>

   I hereby certify that on December 23, 2014 a copy of the foregoing was filed electronically so that notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and parties may thereby access this filing through the Court's CM/ECF System; in addition the following counsel for co-defendant was served by first class mail, postage prepaid, as follows:

Mina Hamilton, Esq.
Lewis, Brisbois, Bisgaard & Smith LLP
2850 Gateway Oaks Drive
Sacramento, CA 95833


Dated:  December 23, 2014    By: /JRC/_____
                Jeffrey R. Cohen, Bar # 421166
                Millen, White, Zelano & Branigan, P.C.
                2200 Clarendon Blvd., Suite 1400
                Tel: 703-243-6333 Fax:  703-243-6410
                Email:  cohen@mwzb.com
                Attorneys for Defendant International Order of St. Hubertus—USA Chapter, Inc.