## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Greenberg Traurig, LLP | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-1797 (RMC) |
| | ) | |
| The International Order of St. Hubertus—USA Chapter, Inc. | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| The International Order of St. Hubertus, United States of America, Inc. | ) ) ) | |
| | ) | |
| Defendants | ) | |

## **VOLUNTARY DISMISSAL OF ACTION**

All parties to this action, through undersigned counsel, respectfully request that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  May 19, 2016                Respectfully submitted,


 /s/ Gwendolyn Prothro Renigar
Gwendolyn Prothro Renigar, DC Bar #454849
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel: 202-429-3000
Fax: 202-429-3902
grenigar@steptoe.com

*Attorneys for Greenberg Traurig, LLP*

By: /s/ Michael Culver
Jeffrey R. Cohen, DC Bar # 421166
Michael Culver (pro hac vice)
Millen, White, Zelano & Branigan, P.C.
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: 703-243-6333
Fax: 703-243-6410
Email: cohen@mwzb.com, culver@mwzb.com

*Attorneys for Defendant The International Order of St. Hubertus—USA Chapter, Inc.*

By: /s/ Greg L. Johnson
Greg L. Johnson, SB No. 132397
Lewis Brisbois Bisgaard & Smith LLP
2020 W. El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444
Email: Greg.Johnson@lewisbrisbois.com

*Attorneys for Defendant The International Order of St. Hubertus, United States of America Chapter, Inc.*